MORGAN ᴇᴛ ᴀʟ. *v.* BOARD OF FORESTRY OF OREGON ᴇᴛ ᴀʟ.

No. 632.  Decided February 24, 1969.

*Ervin W. Potter* for appellants.

*Robert Y. Thornton,* Attorney General of Oregon, and *Thomas C. Stacer,* Assistant Attorney General, for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

FORAN *v.* WEINHOFF ᴇᴛ ᴀʟ.

No. 870.  Decided February 24, 1969.

*Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander,* and *Robert V. Zener* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed.

Mʀ. Jᴜsᴛɪᴄᴇ Dᴏᴜɢʟᴀs is of the opinion that probable jurisdiction should be noted.